NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**23ANDME, INC.,**
*Plaintiff-Appellant*

**v.**

**ANCESTRY.COM DNA, LLC, ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM LLC,**
*Defendants-Appellees*

---

2019-1222

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-02791-EMC, Judge Edward M. Chen.

---

**JUDGMENT**

---

WILLIAM G. GAEDE, III, McDermott, Will & Emery LLP, Menlo Park, CA, argued for plaintiff-appellant. Also represented by BHANU SADASIVAN; PAUL WHITFIELD HUGHES, Washington, DC; SAMI SEDGHANI, San Francisco, CA.

MARK D. SELWYN, Wilmer Cutler Pickering Hale and Dorr LLP, Palo Alto, CA, argued for defendants-appellees. Also represented by THOMAS GREGORY SPRANKLING; LAUREN B. FLETCHER, WILLIAM F. LEE, Boston, MA;

BRITTANY BLUEITT AMADI, Washington, DC; DAVID CHARLES MARCUS, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 4, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court